**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**TRAVELERS CASUALTY AND SURETY
COMPANY OF AMERICA**            **PLAINTIFF**

**v.**            **CIVIL ACTION NO.: 4:22-cv-59-DMB-JMV**

**JENNEFER COLEMAN, MICHAEL
COLEMAN AND VIRGINIA COLEMAN**            **DEFENDANTS**

**ORDER**

This matter came before the Court upon the Joint Motion to Stay Proceedings [23], which was jointly filed by Plaintiff Travelers Casualty and Surety Company of America ("Travelers") and Defendants Jennefer Coleman, Michael Coleman, and Virginia Coleman (the "Defendants"). Upon consideration of the Motion and the record in this case, the Court is of the opinion that the Motion is well-taken and should be granted. It is therefore ORDERED that the Joint Motion to Stay Proceedings is GRANTED. It is further ORDERED that this litigation, including all currently pending deadlines, shall be stayed until the earlier of (i) further order of this Court lifting the stay, or (ii) request of the Parties that the stay be lifted. The Parties shall file a joint status report to the Court every 3 months from the date of the entry of this Order. The Case Management Order, including the trial date, is vacated. Upon lifting of the stay, the Court will schedule a Case Management Conference and enter a new Case Management Order. The trial will be reset by the Court as warranted.

**SO ORDERED** this, March 20, 2023.

                                            /s/ Jane M. Virden
                                            **UNITED STATES MAGISTRATE JUDGE**